## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Kiel James Patrick LLC

                        Plaintiff,

v.                                        Case No.: 1:16–cv–06564
                                            Honorable Robert W. Gettleman

CVS Pharmacy, Inc., et al.

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision and settlement. (gds) Mailed notice.

Dated: February 22, 2017

                                                                  /s/ Robert W. Gettleman

                                                                  United States District Judge