# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIEL JAMES PATRICK LLC, | |
| Plaintiff, | Case No. 1:16-cv-06564 |
| v. | |
| CVS PHARMACY, INC., | Judge Robert W. Gettleman |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Kiel James Patrick LLC, and Defendant, CVS Pharmacy, Inc., hereby stipulate to the dismissal of the action. All claims that Plaintiff raised or could have raised in this action against CVS Pharmacy, Inc. are dismissed WITH PREJUDICE. All defenses and counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

4853-3074-7973.5

Dated: April 10, 2017  Respectfully submitted,

By: /s/Perry Jay Hoffman
Perry Jay Hoffman
Perry Hoffman & Associates, P.C.
2100 Sanders Road
Suite 200
Northbrook, Illinois 60062
Tel: (847) 809-4285
Email: perry@wedoip.com

Keith A. Vogt
1033 South Blvd.
Suite 200
Oak Park, Illinois 60302
Tel: (708) 203-4787
Email: keith@vogtip.com

**ATTORNEYS FOR PLAINTIFF
KIEL JAMES PATRICK LLC**

By: /s/Jeanne M. Gills
Jeanne M. Gills
R. Spencer Montei
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60654
Tel: (312) 832-4500
Email: jmgills@foley.com
Email: rmontei@foley.com

Justin M. Sobaje
Foley & Lardner LLP
555 South Flower Street
Suite 3500
Los Angeles, CA 90071
Tel: (213) 972-4500
Email: jsobaje@foley.com

**ATTORNEYS FOR DEFENDANT
CVS PHARMACY, INC.**

4853-3074-7973.5

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 10, 2017 I caused to be filed the preceding document with the Clerk of the Court using the CM/ECF system for the District Court of the Northern District of Illinois, which will send an electronic copy of the foregoing to counsel of record and constitutes service pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/R. Spencer Montei

R. Spencer Montei